**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIPE DE JESUS SALMERON,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 17-3927-JPR<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: October 15, 2018

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge